IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. JFM-05-0181 |
| | * | Civil No. JFM-06-3095 |
| | * | |
| ANTHONY L. CHANDLER | * | |
| | ***** | |

MEMORANDUM

Anthony L. Chandler has filed this motion to vacate, set aside or correct his sentence under 28 U.S.C. §2255. The motion will be denied.

Chandler's first contention is that he received only a two point, rather than a three point, adjustment for acceptance of responsibility under the Sentencing Guidelines. As a preliminary matter, Chandler was sentenced after the Supreme Court rendered its decision in *United States v. Booker*, 125 S.Ct. 738 (2005), and the sentence imposed upon Chandler was not a strict Guidelines sentence. Ultimately, the court imposed sentence in accordance with the factors set forth in 28 U.S.C. §3552. In any event, Chandler did not plead guilty until the morning of trial. Therefore, it was entirely reasonable for the government to refuse to agree to make a three level downward adjustment for acceptance of responsibility, and Chandler's counsel was not ineffective in failing to persuade the government to alter its position.

Chandler's second contention is that he should not have been found to be a career offender because his 1998 conviction in the Circuit Court for Baltimore City, Maryland was for simple possession. Chandler acknowledges that the presentence report reflected that the 1988 conviction was for possession with intent to manufacture/distribute, but he contends that the presentence report was incorrect in that respect. This contention fails because (1) Chandler

agreed in the plea agreement that he was a career offender, and (2) Chandler (whose counsel had reviewed the presentence report with him) did not object at the time of sentencing to the presentence report's finding that he had been convicted in 1998 of possession to manufacture/distribute.

     A separate order denying Chandler's motion is being entered herewith.


Date: March 13, 2007        /s/_____
                                      J. Frederick Motz
                                      United States District Judge